1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SERGIO JAVIER SALDANA,** | )   NO. CV 19-6481-JFW (KS) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | )   **ORDER ACCEPTING FINDINGS AND** |
| | )   **RECOMMENDATIONS OF UNITED** |
| **ANDREW SAUL, Commissioner of** | )   **STATES MAGISTRATE JUDGE** |
| **Social Security,** | ) |
| **Defendant.** | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report and Recommendation ("Objections").  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.  The Court concludes that the arguments presented in the Objections do not affect or alter the analysis and conclusions set forth in the Report.

//
//
//
//

1

Having completed its review, the Court accepts the findings and recommendations set forth in the Report.   Accordingly, IT IS ORDERED that the Commissioner's decision is AFFIRMED, and Judgment shall be entered accordingly.

DATED:  July 23, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE