## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERGIO JAVIER SALDANA, | ) | NO. CV 19-6481-JFW (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and the above-captioned action is dismissed with prejudice.

DATED: July 23, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE